UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CRIMINAL ACTION NOS. 01-09-JMH and 08-08-JMH

UNITED STATES OF AMERICA,                                                  PLAINTIFF

V.                                    **MAGISTRATE JUDGE'S REPORT
                                         AND RECOMMENDATION**

DELSAN SCOTT HURLEY,                                                       DEFENDANT

\* \* \* \* \* \*

## I.  INTRODUCTION

On November 23, 2009, defendant Delsan Scott Hurley appeared before the Magistrate Judge for initial appearance on the charge of having violated the conditions of supervised release. Defendant was present in person and was represented by counsel.  Defendant exercised his right of allocution with the court and stipulated to the violations charged in the supervised release violation report concerning his supervised release.

At the conclusion of the hearing, defendant was remanded to custody of the United States Marshal and is presently being detained in the Fayette County Detention Center pending a final ruling on this matter by the presiding district judge.

## II.  CONCLUSION

The Magistrate Judge has reviewed the Supervised Release Violation Report and has consulted with the United States Probation Officer to whom this case is assigned.  In consideration thereof, combined with the fact that defendant stipulated to having violated the terms of his supervised release, the Magistrate Judge concludes that the terms of defendant's supervised release should be modified to include the provision that defendant reside at Dismas Charities for a period of six (6) months.

Accordingly, **IT IS HEREBY RECOMMENDED** that in lieu of revocation at this time, that the terms of defendant's supervised release be **MODIFIED** to include the provision that

defendant be must reside at Dismas Charities in Lexington, Kentucky, for a period of six (6) months and that following his six-month residence at Dismas Charities, defendant be continued on the same terms and conditions of his supervised release as previously imposed.

**IT IS FURTHER RECOMMENDED** that defendant remain in custody of the United States Marshal and remain detained at the Fayette County Detention Center until placed with Dismas Charities.

The Clerk of the Court shall forward a copy of this Proposed Findings of Fact and Recommendation to the respective parties who shall, within fourteen (14) days of receipt thereof, serve and file timely written objections to the Magistrate Judge's Proposed Findings of Fact and Recommendation with the District Court or else waive the right to raise the objections in the Court of Appeals.  28 U.S.C. § 636 (b)(1)(B); Thomas v. Arn, 728 F.3d 813 (6th Cir. 1984), affirmed 474 U.S. 140 (1985); Wright v. Holbrook, 794 F.2d 1152, 1154-55 (6th Cir. 1986); Fed.R.Civ.P. 6(e). A party may file a response to another party's objections within ten (10) days after being served with a copy thereof.  Fed.R.Civ.P 72 (b).

This 3rd day of December, 2009.

Signed By:

James B. Todd

United States Magistrate Judge