UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Action No. 5:01-CR-9-JMH |
| | ) | & 5:08-CR-8-JMH |
| V. | ) | |
| DESLAN SCOTT HURLEY, | ) | **ORDER** |
| Defendant. | ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

On November 23, 2009, the defendant, Deslan Scott Hurley, appeared before United States Magistrate Judge James B. Todd for initial appearance on violation of the conditions of supervised release. Defendant was present in person and was represented by counsel. Defendant stipulated to having violated the terms of his supervised release.

Defendant was remanded to the custody of the United States Marshal and is presently being detained in the Fayette County Detention Center pending final ruling on this matter.

United States Magistrate Judge Todd issued a Magistrate Judge's Report and Recommendation [DE #98 & 22] herein on December 3, 2009, concluding that the terms of the defendant's supervised release should be modified to include the provision that the defendant reside at Dismas Charities for a period of six (6) months.

Accordingly, the Magistrate Judge recommends that the terms of the defendant's supervised release should be modified to include the provision that he must reside at Dismas Charities in Lexington, Kentucky, for a period of six (6) months; and that following his six-month residence at Dismas Charities, he should be continued on the same terms and conditions of his supervised release as previously imposed.

Neither the United States nor the defendant filed objections to the Magistrate's Report and Recommendation. Although this Court must make a *de novo* determination of those portions of the Magistrate Judge's Report and Recommendation to which objection is made, 28 U.S.C. §636(b)(1)(c), "'[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections with the Court to a Magistrate Judge's Report and Recommendation waives the right to appeal. See *Wright v. Holbrook,* 794 F2.d 1152, 1154-55 (6th Cir. 1986). Nevertheless, the Court, having examined the record and having made a *de novo* determination, is in agreement with the Magistrate Judge's Report and Recommendation.

Accordingly, the Court being otherwise fully and sufficiently advised**, IT IS ORDERED** that the Magistrate Judge's Report and Recommendation [DE #98 & 22] is **ADOPTED** as and for the opinion of the Court.

**THEREFORE, IT IS THE JUDGMENT** of this Court that the defendant, Deslan Scott Hurley, has violated the terms and conditions of supervised release.  The Court concludes that, in lieu of revocation at this time, the defendant should be afforded one more opportunity to comply with the terms of his supervised release with the modifications set out herein.

**IT IS ORDERED AND ADJUDGED** that the terms of the defendant's supervised release should be modified to include the provision that he must reside at Dismas Charities in Lexington, Kentucky, for a period of six (6) months; and that following his six-month residence at Dismas Charities, he should be continued on the same terms and conditions of his supervised release as previously imposed.

This 4th day of January, 2010.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

-3-